**BUSSARD, Plaintiff-Appellee, v KENNEDY, et, Defendants-Appellants.**

Ohio Appeals, Second District, Montgomery County.

No. 1965. Decided January 12, 1948.

Clarence J. Stoecklein, Dayton, for plaintiff-appellee.
Drewey H. Wysong, Dayton, for defendants-Appellants.

448

**OPINION**

By THE COURT:

Submitted on motion to dismiss the appeal; first, because it is not a chancery case; second, because the only question raised is one at law; and third, because appellants have failed to file assignments of error as required by Rule VII of this court.

In the Notice of Appeal it is stated that "said appeal is on questions of law and fact." This is a civil action to recover a money judgment. Obviously this action is not appealable on law and fact. The motion to dismiss the appeal on law and fact will be sustained. Under §12223-22 GC this appeal shall stand as an appeal on questions of law.

The second ground of the motion is overruled as it raises a question of law.

The third ground of the motion is overruled, as the filing of assignments of error is not required so long as the appeal stands as an appeal on questions of law and fact.

When an appeal on law and fact is ineffective and the case is retained as an appeal on questions of law, and no Bill of Exceptions has been filed, the reviewing Court is required under the provisions of §11564 GC to fix a time, which shall not exceed thirty days, for the preparation and settlement of the Bill of Exceptions.

The Court orders the case to stand as an appeal on questions of law, and grants to appellants thirty days after the filing of the entry journalizing this decision within which to prepare and settle a Bill of Exceptions and file assignments of error and brief.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.